# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-10610
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Nohmaan Malik,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-340-1

———————————————————————

Before Jolly, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Nohmaan Malik has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Malik has filed a response. To the extent that Malik seeks to raise claims of ineffective assistance of counsel, the record is not sufficiently developed to

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10610

allow us to make a fair evaluation of his claims; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Malik's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.